UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:11-cr-0115-TRM-CHS-1 |
| | ) | |
| KENDRICK MARSHALL RAY | ) | |

## MEMORANDUM AND ORDER

KENDRICK MARSHALL RAY, ("Defendant") appeared for a hearing on September 25, 2023, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for an Offender Under Supervision ("Petition") in the above matter. Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant retained counsel, Samuel Robinson, III, who was present on behalf of Defendant. It was also determined that Defendant had been provided a copy of the Petition and had reviewed the allegations of the Petition with counsel.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition. The Government did not move to detain Defendant and he was released on bond with conditions as set out in the Order Setting Conditions of Release, which also incorporate his existing conditions of supervised release.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) Defendant is released on a bond pursuant to an Order Setting Conditions of Release.

SO ORDERED.

ENTER.   s/ *Susan K. Lee*
         SUSAN K. LEE
         UNITED STATES MAGISTRATE JUDGE